### In re AMERICAN HOME FURNISHERS' CORPORATION.

### ROSS et al. v. WILLCOX et al.

(Circuit Court of Appeals, Fourth Circuit. February 19, 1924.)

#### No. 2219.

Bankruptcy ⊚⟶465—Case being reversed on petition to superintend and revise appeal will be dismissed.

Where, in bankruptcy proceeding, the case was properly brought up by petition to superintend and revise and was reversed under that petition, an appeal from the order complained of will be dismissed, with costs.

Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk, in Bankruptcy.

In the matter of the estate of the American Home Furnishers' Corporation, bankrupt. From an order of the District Court concerning sale of bankrupt's assets, Arthur L. Ross and another appeal. Appeal dismissed.

See, also, 296 Fed. 605.

William Leigh Williams, of Norfolk, Va., and Joseph C. France, of Baltimore, Md. (Harry K. Wolcott, of Norfolk, Va., and R. Randolph Hicks, Huger W. Jervey, Arthur Leonard Ross, J. Frank McDavitt, Benjamin M. Kaye, and Jacob Scholer, all of New York City, on the brief), for appellants.

H. H. Rumble, of Norfolk, Va., and S. D. Timberlake, Jr., of Staunton, Va. (Frank C. Miller and Paul W. Kear, both of Norfolk, Va., on the brief), for appellees.

Before WOODS and ROSE, Circuit Judges, and WATKINS, District Judge.

WOODS, Circuit Judge. This case was properly brought up by petition to superintend and revise, and has been reversed under that petition.

The appeal will therefore be dismissed, with costs.

Dismissed.

---

⊚⟶For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes